No. 71–470. ERWIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–477. FIRST REGULAR BAPTIST CHURCH OF FRANKLIN, OHIO *v.* INSURANCE CO. OF NORTH AMERICA. C. A. 6th Cir. Certiorari denied.

No. 71–483. DONALD *v.* JONES, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 71–491. KANESHIRO, AKA HIGA, ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–493. RAMZY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–505. TUCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–511. CRISTOL ET AL. *v.* CITY OF MIAMI BEACH ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 71–535. FREEDMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–538. CITY OF DETROIT *v.* GARMENT CORP. OF AMERICA. Ct. App. Mich. Certiorari denied.

No. 71–5069. WILLIAMS *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–5085. STEVENSON *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 71–5113. MAGEE *v.* CONTI, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.